**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SAEILO, INC., KOOK JIN MOON**

                **Plaintiffs,**

**-vs-**                                                  **Case No. 6:12-cv-793-Orl-28DAB**

**DIAMONDBACK FIREARMS, LLC,**

                **Defendant.**
_____/

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANT'S MOTION TO DISMISS OR STAY LITIGATION (Doc. No. 16)**
>
> **FILED:**      **July 27, 2012**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED** in part to the extent Defendant seeks a stay in the litigation; Plaintiffs are unopposed to the stay. It is further that the motion be **DENIED** without prejudice in part to the extent Defendant seeks to dismiss the case, subject to renewal when the case is reactivated.

Defendant Diamondback Firearms, LLC, contends that the same parties are litigating the same patent claims as involved in this case as in the prior Case No. 6:10-cv-1664-28DAB, except the parties' roles in the litigation are reversed, with Diamondback Firearms, LLC bringing suit to invalidate a patent concerning firing mechanism. The Court previously denied Saeilo's motion to add a counterclaim late in that case. *See* Doc. 38 in Case 10cv1664. Saeilo subsequently filed this action

in May 2012. Diamondback moves to dismiss or stay this new case, arguing that Saeilo should not be able to do an end-run around the Court's prior ruling denying Saeilo's assertion of the late counterclaim (Doc. 38) by filing the new lawsuit.

Saeilo contends that the claims arising from Diamondback's sale of products sued in the new suit (DB9 and DB 320) could not have been asserted as compulsory counterclaims in the previous suit because Diamondback's sales of these products did not occur until after the deadline to amend in the previous case (May 2011); thus, these claims were not mature when Saeilo filed its answer in the previous case. Doc. 23. However, Saeilo does agree that the resolution of the prior case will have an impact on this case and does not oppose a stay of this case until the previous one is resolved. Doc. 23. It is respectfully **RECOMMENDED** that Diamondback's Motion to Dismiss or Stay the Litigation be **GRANTED in part** to the extent Defendant seeks a stay, and **DENIED in part** without prejudice to renewal of the Motion to Dismiss when the case is reactivated.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 12, 2012.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy