# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SAEILO, INC., KOOK JIN MOON**

        **Plaintiffs,**

**-vs-**	        **Case No. 6:12-cv-793-Orl-28DAB**

**DIAMONDBACK FIREARMS, LLC,**

        **Defendant.**

_____/

## ORDER

This case is before the Court on Defendant's Motion to Dismiss or Stay Litigation (Doc. No. 16) filed July 27, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.	That the Report and Recommendation filed September 12, 2012 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.	Defendant's Motion to Dismiss or Stay Litigation (Doc. No. 16) is **GRANTED in part** and **DENIED in part.**

    3.	The Motion to Stay is **GRANTED**. This case is stayed until further Order of the Court. The Clerk of the Court is directed to administratively close this file and terminate any pending motions.

    4.  The Motion to Dismiss is **DENIED without prejudice** subject to renewal when the stay in this case is lifted.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of October, 2012.

*[signature]*
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record